UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GOTTBETTER CAPITAL MASTER, LTD.,

                Plaintiff,                           Civil Action No.

      v.

CHARYS HOLDING COMPANY, INC.,             RULE 7.1 STATEMENT

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant CHARYS HOLDING COMPANY, INC. ("CHARYS"), certifies that there is no parent corporation of SAUDI and no publicly held corporation holds 10% or more stock of CHARYS.

Dated: New York, New York
         December 14, 2007

                                                  CONDON & FORSYTH LLP

                                                  By _____
                                                      Stephen J. Fearon (SF 8740)
                                                  Bartholomew J. Banino (BB4164)
7 Times Square
New York, New York 10036
(212) 490-9100
Attorneys for Defendant
CHARYS HOLDING COMPANY, INC.