UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
GOTTBETTER CAPITAL MASTER, LTD. :
(In Liquidation), : Civil Action No.
 : 1:07-cv-11374 (GEL)
                Plaintiff, :
 : (ECF)
    -against- :
 : **NOTICE OF APPEARANCE AND**
CHARYS HOLDING COMPANY, INC., : **REQUEST FOR ELECTRONIC**
 : **NOTIFICATION**
                Defendant. :
------------------------------------------------- X

PLEASE TAKE NOTICE that the attorneys identified below hereby appear as counsel for, and on behalf of, plaintiff Gottbetter Capital Master, Ltd. (in liquidation) in the above-captioned action. Please direct to the undersigned all further correspondence, notices, pleadings, motion papers, orders, and other court documents to be served on plaintiff in accordance with the court's electronic case filing rules.

DATED: New York, New York
          January 11, 2008

                                              SULLIVAN & WORCESTER LLP

                                              By: _____
                                                 Nathan A. Goldberg (NG 5742)
                                         1290 Avenue of the Americas, 29th Floor
                                         New York, New York  10104
                                         (212) 660-3045

                                         *Attorneys for Plaintiff Gottbetter*
                                         *Capital Master, Ltd. (In Liquidation)*

To: CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
(212) 490-9100
Attn.: Stephen J. Fearon, Esq.
Bartholomew J. Banino, Esq.

*Attorneys for Defendant Charys Holding Company, Inc.*

{N0106147; 1}