UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
GOTTBETTER CAPITAL MASTER, LTD.
(In Liquidation),

                      Plaintiff,

-against-

CHARYS HOLDING COMPANY, INC.,

                      Defendant.
------------------------------------------------ X

Civil Action No.
1:07-cv-11374 (GEL)

(ECF)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff Gottbetter Capital Master, Ltd. (in liquidation) (a non-governmental corporate party) ("GCM"), state that GCM has no corporate parents, and that no publicly held corporations own 10% or more of its stock.

Dated:  New York, New York
         January 11, 2008

                                              SULLIVAN & WORCESTER LLP

                                              By: _____
                                                 Nathan A. Goldberg (NG 5742)
                                           1290 Avenue of the Americas, 29th Floor
                                           New York, New York 10104
                                           (212) 660-3045

                                           *Attorneys for Plaintiff Gottbetter*
                                           *Capital Master, Ltd. (In Liquidation)*