*X Yacki T*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------- X

GOTTBETTER CAPITAL MASTER, LTD.  :
(IN LIQUIDATION),                 :

                                  :        Civil Action No.
                                  :        1:07-cv-11374 (GEL)
                    Plaintiff,    :
                                  :              (ECF)
            -against-            :
                                  :     **STIPULATION AND ORDER**
CHARYS HOLDING COMPANY, INC.,    :
                                  :
                    Defendant.   :

-------------------------------------------- X

WHEREAS, plaintiff Gottbetter Capital Master, Ltd. (in liquidation) ("GCM") filed and

served its moving papers in support of its motion for summary judgment pursuant to Fed. R. Civ.

P. 56 on January 11, 2008 (the "Motion for Summary Judgment");

WHEREAS, defendant Charys Holding Company, Inc. ("Charys") filed and served its

papers in opposition to the Motion for Summary Judgment on January 25, 2008;

WHEREAS, plaintiff GCM has requested that its time to file and serve its reply papers in

further support of its Motion for Summary Judgment be adjourned from February 1, 2008, to and

including February 8, 2008;

WHEREAS, defendant Charys has agreed to the above adjournment; and

WHEREAS, this is plaintiff GCM's first request for the above relief;

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gottbetter

Capital Master, Ltd. (in liquidation) and defendant Charys Holding Company, Inc. that the time

for GCM to serve its reply papers in further support of its Motion for Summary Judgment be, and

the same hereby is, adjourned from February 1, 2008, to and including February 8, 2008.

Dated: New York, New York
     January 28, 2008


SULLIVAN & WORCESTER LLP            CONDON & FORSYTH LLP


By:_____         By:_____
   Nathan A. Goldberg (NG 5742)          Stephen J. Fearon (SF 8740)
1290 Avenue of the Americas, 29th Floor    Bartholomew J. Banino (BB 4164)
New York, New York 10104             7 Times Square
(212) 660-3045                   New York, New York 10036
                               (212) 490-9100

*Attorneys for Plaintiff*               *Attorneys for Defendant*


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

1/30/08