```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 2/8/08
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
GOTTBETTER CAPITAL MASTER, LTD.            :
(IN LIQUIDATION),                          :        Civil Action No.
                                           :        1:07-cv-11374 (GEL)
                    Plaintiff,             :
                                           :        (ECF)
       -against-                           :
                                           :        STIPULATION AND ORDER
CHARYS HOLDING COMPANY, INC.,              :
                                           :
                    Defendant.             :
------------------------------------------X
```

WHEREAS, plaintiff Gottbetter Capital Master, Ltd. (in liquidation) ("GCM") filed and served its moving papers in support of its motion for summary judgment pursuant to Fed. R. Civ. P. 56 on January 11, 2008 (the "Motion for Summary Judgment");

WHEREAS, defendant Charys Holding Company, Inc. ("Charys") filed and served its papers in opposition to the Motion for Summary Judgment on January 25, 2008;

WHEREAS, plaintiff GCM previously requested, and was granted, an adjournment of its time to file and serve its reply papers in further support of its Motion for Summary Judgment from February 1, 2008, to and including, February 8, 2008;

WHEREAS, plaintiff GCM now requests a further adjournment of its time to file and serve its reply papers from February 8, 2008, to and including, February 13, 2008; and

WHEREAS, defendant Charys has agreed to the above adjournment.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gottbetter Capital Master, Ltd. (in liquidation) and defendant Charys Holding Company, Inc. that the time for GCM to serve its reply papers in further support of its Motion for Summary Judgment be, and the same hereby is, adjourned from February 8, 2008, to and including, February 13, 2008.

Dated: New York, New York
February 6, 2008

SULLIVAN & WORCESTER LLP

By: _____
Nathan A. Goldberg (NG 5742)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3045

*Attorneys for Plaintiff*

CONDON & FORSYTH LLP

By: _____
Stephen J. Fearon (SF 8740)
Bartholomew J. Banino (BB 4164)
7 Times Square
New York, New York 10036
(212) 490-9100

*Attorneys for Defendant*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
2/7/08

-2-