UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X

GOTTBETTER CAPITAL MASTER, LTD.     :
(In Liquidation),     :
    :
                    Plaintiff,     :
    :
       -against-     :
    :
CHARYS HOLDING COMPANY, INC.,     :
    :
                  Defendant.     :

---------------------------------------------- X

Civil Action No.
1:07-cv-11374 (GEL)

(ECF)

**ADAM S. GOTTBETTER**
**REPLY AFFIDAVIT**

STATE OF NEW YORK     )
                     : ss.:
COUNTY OF NEW YORK     )

      ADAM S. GOTTBETTER, being duly sworn hereby deposes and says:

      1.       I am the CEO of Gottbetter Capital Management, L.P., advisors to plaintiff

Gottbetter Capital Master, Ltd. (in liquidation) ("GCM"). As such, the statements set forth

below are based upon my personal knowledge, except where I have stated that they are based

upon "information and belief," in which case I believe, in good faith, the same to be true.

      2.       I provided testimony in support of GCM's motion for summary judgment

pursuant to Fed. R. Civ. P. 56, by affidavit sworn to on November 13, 2007 (the "Gottbetter

Aff."). I submit this affidavit in further support of GCM's motion.

<u>EVENT OF DEFAULT REDEMPTION PRICE</u>

      3.       GCM's calculation of the Event of Default Redemption Price as of October 30,

2007, and the basis for that calculation under the Note, was set forth in great detail in my moving

affidavit.[1] Gottbetter Aff., ¶¶ 10-18, 21, 23, Ex. D.

---

[1] All capitalized terms used herein shall have the same meaning ascribed to those terms in the Gottbetter
Aff. and the Note, unless stated otherwise herein.

4.     Relying on precisely the same contract terms and formula, GCM has adjusted its calculation of the Event of Default Redemption Price to account for Interest and Late Charges accruing post-October 30, 2007.  Id.; see also the Event of Default Redemption Calculation Summary attached hereto as Exhibit 1.

5.     As of February 1, 2008, the Event of Default Redemption Price totaled $10,149,361, calculated as follows:

| | | |
|---|---|---|
| Outstanding Principal: | $7,670,365 | (+) |
| Accrued Default Interest: | $    535,875 | (+) |
| Accrued Late Charges: | $   251,561 | (+) |
| | = $8,457,801 | |

$$X$$

(the Redemption Premium of 120%) = $10,149,361.[2]  (Id.)

## ATTORNEYS' FEES

6.     As set forth in my moving affidavit, GCM is entitled to all costs and expenses incurred in the enforcement of the Note including, but not limited to, reasonable attorneys' fees and disbursements.  Gottbetter Aff., ¶ 26, Ex. A, § 19.

7.     As of January 31, 2008, GCM had incurred cost and expenses including reasonable attorneys' fees and disbursements totaling no less than $68,916.69.

8.     Attached hereto as Exhibits 2, 3, 4, and 5 are redacted copies of the invoices for October 2007, November 2007, December 2007, and January 2008 received from GCM's attorneys, Sullivan & Worcester LLP, for services rendered in this matter.

Sworn to before me this _13th_
day of February 2008

_____
Notary Public

_____
ADAM S. GOTTBETTER

**SCOTT RAPFOGEL**
Notary Public, State of New York
No. 02RA6094568
Qualified in New York County
Commission Expires June 23, 2011

---

[2] The above amount does not include Interest and Late Charges accruing post-February 1, 2008.

# EXHIBIT 1

**Gottbetter Capital Management LP**
**Event of Default Redemption Calculation Summary**

| Terms of Note | |
|---|---|
| Issuance Date | 4/30/2007 |
| Principal Amount | $ 8,354,043 |
| Interest Rate | 8.75% |
| Default Rate | 15.00% |
| Late Charge | 18.00% |
| Redemption as of | 2/1/2008 |

### Application of Prior Payments

| Event Date | Beginning Principal | Scheduled Payment | Accumulated Interest | Accumulated Default Interest | Amount Paid to Principal | Ending Principal | |
|---|---|---|---|---|---|---|---|
| 5/15/2007 | $ 8,354,043 | $ 500,000 | $ 30,040 | $ - | $ 469,960 | $ 7,884,083 | [1] |
| 7/2/2007 | 7,884,083 | 447,664 | 90,721 | - | - | 7,884,083 | [2] |
| 8/1/2007 | 7,884,083 | 847,478 | - | 97,201 | - | 7,884,083 | [3] |
| 8/10/2007 | 7,884,083 | - | - | 29,160 | - | 7,884,083 | [4] |
| 8/15/2007 | 7,884,083 | - | - | 18,200 | 213,718 | 7,670,365 | [5] |

**Notes**

[1] Charys paid $500,000 on 5/15/07.
[2] Installment Amount Not Received / Event of Default.
[3] Installment Amount Not Received / Event of Default.
[4] Charys paid $200,000 on 8/10/07: ($90,721) applied to accumulated interest / ($109,279) applied to accumulated default interest.
[5] Charys paid $247,000 on 8/15/07: ($33,282) applied to accumulated default interest / ($213,718) applied to principal.

**Event of Default Redemption Calculation**

**Interest Due Through 2/1/2008**

| Dates | | | Outstanding Principal | Default Interest |
|---|---|---|---|---|
| 8/15/2007 | to | 2/1/08 | $ 7,670,365 | $ 535,875 |

**Late Charges Due Through 2/1/2008**

| Date | Principal Due | Late Charge | |
|---|---|---|---|
| 7/2/2007 | $ 388,833 | $ 8,087 | [1] |
| | 175,115 | 14,681 | [2] |
| 8/1/2007 | 791,777 | 71,846 | |
| 9/3/2007 | 676,363 | 50,366 | |
| 10/1/2007 | 677,897 | 41,120 | |
| 11/1/2007 | 676,553 | 30,695 | |
| 12/3/2007 | 783,639 | 23,187 | |
| 1/2/2008 | 782,633 | 11,579 | |
| **Total Late Charges** | | $ 251,561 | |

| | |
|---|---|
| **Default Interest** | $ 535,875 |
| **Late Charges** | 251,561 |
| **Conversion Amount** | 7,670,365 |
| **Subtotal** | $ 8,457,801 |
| **Redemption Premium** | 120% |
| **Redemption Price** | $ 10,149,361 |

[1] Late Charge applied through time of partial payment on 8/15/07.
[2] Late Charge applied post-time of partial payment on 8/15/07.

**Submitted without prejudice to further adjustment**

# EXHIBIT 2



SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:          November 21, 2007
Invoice Number:        8071657

**FOR PROFESSIONAL SERVICES** rendered through October 31, 2007

**Matter**
21381.0001          RE: Charys Holding Company, Inc.

Matter Fees                                    $7,484.00

Matter Disbursements                              39.42

                    **MATTER TOTAL**          **$7,523.42**

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*

Gottbetter Capital Management, LP
Page 2

Invoice Date: November 21, 2007
Invoice Number: 8071657

**Matter**
**21381.0001**          **RE: Charys Holding Company, Inc.**

**Matter Fees**

| Date | Tkpr Code | | Hours |
|------|-----------|---|-------|
| 10/12/07 | NAG | | 0.10 |
| 10/16/07 | NAG | | 0.70 |
| 10/19/07 | JMJ | | 2.00 |
| 10/19/07 | NAG | | 4.80 |
| 10/22/07 | NAG | | 5.00 |
| 10/23/07 | JMJ | | 0.50 |
| 10/23/07 | NAG | | 4.30 |

**REDACTED**

| | | **Matter Fees Total** | **7,484.00** |
|---|---|---|---|

Gottbetter Capital Management, LP
Page 3

Invoice Date: November 21, 2007
Invoice Number: 8071657

## Matter Disbursements

| | |
|---|---|
| Express Delivery | 29.22 |
| Facsimile | 4.00 |
| Reproduction-Internal | 6.20 |
| **Matter Disbursements Total** | 39.42 |

**MATTER TOTAL**                                              $7,523.42



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

**REDACTED**
Sullivan & Worcester LLP

**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:          November 21, 2007
Invoice Number:      8071657

---

## REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

#### IF WIRING THE FUNDS,
#### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0001          RE: Charys Holding Company, Inc.

| | |
|---|---|
| Matter Fees | $7,484.00 |
| Matter Disbursements | 39.42 |
| **MATTER TOTAL** | **$7,523.42** |

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:        November 21, 2007
Invoice Number:      8071658

---

**FOR PROFESSIONAL SERVICES** rendered through October 31, 2007

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

Matter Fees                              $6,478.00

                    **MATTER TOTAL**     $6,478.00

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*

Sullivan & Worcester LLP

Gottbetter Capital Management, LP
Page 2

Invoice Date: November 21, 2007
Invoice Number: 8071658

**Matter**
**21381.0004**        RE: Charys Holding Company, Inc. – Litigation

**Matter Fees**

| Date | Tkpr Code | | Hours |
|------|-----------|---|-------|
| 10/26/07 | NAG | | 4.80 |
| 10/29/07 | NAG | REDACTED | 5.30 |
| 10/30/07 | NAG | | 5.50 |
| 10/31/07 | NAG | | 0.20 |
| | | Matter Fees Total | 6,478.00 |
| **MATTER TOTAL** | | | **$6,478.00** |



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

**REDACTED**

Sullivan & Worcester LLP

**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:                November 21, 2007
Invoice Number:           8071658

---

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004          RE: Charys Holding Company, Inc. - Litigation

Matter Fees                                      $6,478.00

**MATTER TOTAL**       **$6,478.00**

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*                          *NEW YORK*                          *WASHINGTON, DC*

# EXHIBIT 3



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York  10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:      December 17, 2007
Invoice Number:      8073213

---

**FOR PROFESSIONAL SERVICES** rendered through November 30, 2007

**Matter**
21381.0004      RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $18,482.00 |
| Matter Disbursements | 749.27 |
| **MATTER TOTAL** | **$19,231.27** |

Includes only fees and disbursements posted through November 30, 2007
Invoices are payable upon receipt

*BOSTON*      *NEW YORK*      *WASHINGTON, DC*

Sullivan & Worcester LLP

Gottbetter Capital Management, LP
Page 2

Invoice Date: December 17, 2007
Invoice Number: 8073213

**Matter**
**21381.0004**          **RE: Charys Holding Company, Inc. – Litigation**

**Matter Fees**

| Date | Tkpr Code | | Hours |
|------|-----------|---|-------|
| 11/2/07 | NAG | | 0.20 |
| 11/4/07 | NAG | | 2.50 |
| 11/5/07 | NAG | | 4.00 |
| 11/6/07 | NAG | **REDACTED** | 1.60 |
| 11/7/07 | NAG | | 2.80 |
| 11/7/07 | RIL | | 0.10 |
| 11/8/07 | RIL | | 0.30 |
| 11/8/07 | NAG | | 4.40 |
| 11/9/07 | NAG | | 4.20 |
| 11/10/07 | NAG | | 4.00 |
| 11/11/07 | NAG | | 4.50 |

Sullivan & Worcester LLP

Gottbetter Capital Management, LP
Page 3

Invoice Date: December 17, 2007
Invoice Number: 8073213

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 11/12/07 | NAG | 7.40 |
| 11/12/07 | EAS | 1.70 |
| 11/12/07 | RIL | 0.50 |
| 11/13/07 | RIL | 5.90 |
| 11/13/07 | NAG | 3.20 |
| 11/14/07 | NAG | 0.10 |
| 11/15/07 | NAG | 0.10 |
| 11/15/07 | BRC | 1.30 |
| 11/16/07 | BRC | 0.30 |
| 11/19/07 | NAG | 0.20 |
| 11/30/07 | NAG | 0.20 |

**REDACTED**

**Matter Fees Total**                 18,482.00

**Matter Disbursements**

| | |
|---|---|
| Express Delivery | 65.29 |
| Court Filings | 305.00 |
| Reproduction-Internal | 170.80 |
| Telephone- Long Distance | 0.75 |
| Velobind | 35.00 |
| Westlaw | 172.43 |

**Matter Disbursements Total**    749.27

**MATTER TOTAL**                          $19,231.27


# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
**Telephone:** 617 338-2800, **Facsimile:** 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

### REDACTED

Sullivan & Worcester LLP

### REDACTED

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:            December 17, 2007
Invoice Number:       8073213

---

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $18,482.00 |
| Matter Disbursements | 749.27 |
| **MATTER TOTAL** | **$19,231.27** |

Includes only fees and disbursements posted through November 30, 2007
Invoices are payable upon receipt

*BOSTON*                         *NEW YORK*                              *WASHINGTON, DC*

# EXHIBIT 4



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York  10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:        January 31, 2008
Invoice Number:      8075283

---

### FOR PROFESSIONAL SERVICES rendered through December 31, 2007

**Matter**
21381.0004          RE: Charys Holding Company, Inc. - Litigation

Matter Fees                                  $17,199.50

Matter Disbursements                          1,751.33

**MATTER TOTAL**    **$18,950.83**

**Sullivan & Worcester LLP**

Gottbetter Capital Management, LP
Page 2

Invoice Date: January 31, 2008
Invoice Number: 8075283

**Matter**
**21381.0004**         **RE: Charys Holding Company, Inc. – Litigation**

**Matter Fees**

| **Date** | **Tkpr Code** | | **Hours** |
|---|---|---|---|
| 12/5/07 | NAG | | 0.80 |
| 12/6/07 | NAG | | 0.10 |
| 12/7/07 | RIL | | 1.70 |
| 12/11/07 | EAS | | 2.90 |
| 12/12/07 | EAS | | 1.10 |
| 12/13/07 | NAG | **REDACTED** | 0.20 |
| 12/13/07 | EAS | | 0.10 |
| 12/14/07 | NAG | | 0.70 |
| 12/14/07 | EAS | | 3.80 |
| 12/17/07 | NAG | | 0.20 |
| 12/18/07 | NAG | | 0.80 |
| 12/19/07 | NAG | | 0.20 |
| 12/19/07 | BRC | | 0.50 |
| 12/20/07 | BRC | | 2.10 |
| 12/20/07 | BRC | | 0.40 |

**Sullivan & Worcester LLP**

Gottbetter Capital Management, LP
Page 3

Invoice Date: January 31, 2008
Invoice Number: 8075283

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 12/20/07 | NAG | 0.70 |
| 12/21/07 | NAG | 3.00 |
| 12/26/07 | NAG | 5.20 |

# REDACTED

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 12/27/07 | NAG | 4.00 |
| 12/28/07 | NAG | 6.30 |
| 12/29/07 | EAS | 2.00 |

**Sullivan & Worcester LLP**

Gottbetter Capital Management, LP
Page 4

Invoice Date: January 31, 2008
Invoice Number: 8075283

| Date | Tkpr<br>Code | | Hours |
|------|------|------|------|
| 12/30/07 | NAG | | 2.50 |

**REDACTED**

| | | | |
|------|------|------|------|
| 12/31/07 | NAG | | 6.00 |
| 12/31/07 | EAS | | 2.40 |
| | | Matter Fees Total | 17,199.50 |

**Matter Disbursements**

| | |
|------|------|
| Court Service Fee | 24.75 |
| Reproduction-Internal | 211.60 |
| Service of Process | 450.00 |
| Telephone- Long Distance | 1.35 |
| Velobind | 70.00 |
| Westlaw | 993.63 |
| **Matter Disbursements Total** | 1,751.33 |

**MATTER TOTAL**                                                    $18,950.83



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

**REDACTED**

Sullivan & Worcester LLP

**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:               January 31, 2008
Invoice Number:           8075283

---

## REMITTANCE COPY
## PLEASE INCLUDE WITH PAYMENT

## IF WIRING THE FUNDS,
## PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004            RE: Charys Holding Company, Inc. - Litigation

|  |  |
|---|---|
| Matter Fees | $17,199.50 |
| Matter Disbursements | 1,751.33 |
| **MATTER TOTAL** | **$18,950.83** |

Includes only fees and disbursements posted through December 31, 2007
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*

# EXHIBIT 5



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York  10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:          February 11, 2008
Invoice Number:        8075493

---

**FOR PROFESSIONAL SERVICES** rendered through January 31, 2008

**Matter**
21381.0004            RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $15,048.00 |
| Matter Disbursements | 1,685.17 |
| **MATTER TOTAL** | **$16,733.17** |

Includes only fees and disbursements posted through January 31, 2008
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*

**Sullivan & Worcester LLP**

Gottbetter Capital Management, LP
Page 2

Invoice Date: February 11, 2008
Invoice Number: 8075493

**Matter**
**21381.0004**          **RE: Charys Holding Company, Inc. - Litigation**

**Matter Fees**

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 12/12/07 | HEL | 2.00 |
| 1/1/08 | NAG | 2.00 |
| 1/2/08 | EAS | 1.70 |
| 1/4/08 | NAG | 0.20 |
| 1/9/08 | NAG | 1.20 |

**REDACTED**

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 1/10/08 | NAG | 7.40 |
| 1/10/08 | EAS | 0.40 |
| 1/10/08 | HEL | 3.50 |
| 1/11/08 | HEL | 1.00 |
| 1/11/08 | NAG | 4.00 |
| 1/11/08 | RIL | 4.30 |
| 1/14/08 | BRC | 0.70 |
| 1/15/08 | BRC | 0.40 |
| 1/16/08 | NAG | 0.80 |

**Sullivan & Worcester LLP**

Gottbetter Capital Management, LP
Page 3

Invoice Date: February 11, 2008
Invoice Number: 8075493

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 1/18/08 | NAG | 0.30 |
| 1/22/08 | BRC | 0.40 |
| 1/25/08 | NAG | 0.80 |
| 1/28/08 | BRC | 0.70 |
| 1/28/08 | NAG | 3.50 |

## REDACTED

| Date | Tkpr Code | Hours |
|------|-----------|-------|
| 1/29/08 | NAG | 1.50 |
| 1/29/08 | BRC | 0.50 |
| 1/29/08 | JGK | 0.90 |
| 1/29/08 | RIL | 0.50 |
| 1/30/08 | NAG | 1.00 |
| 1/31/08 | NAG | 0.70 |

|  |  |
|--|--|
| **Matter Fees Total** | **15,048.00** |

**Matter Disbursements**

| | |
|--|--|
| Express Delivery | 22.02 |
| Filing Fees | 95.00 |
| Reproduction-Internal | 210.80 |
| Westlaw | 1,357.35 |
| **Matter Disbursements Total** | **1,685.17** |

|  |  |
|--|--|
| **MATTER TOTAL** | **$16,733.17** |



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

**REDACTED**

Sullivan & Worcester LLP

**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:       February 11, 2008
Invoice Number:     8075493

---

## REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

Matter Fees                              $15,048.00

Matter Disbursements                      1,685.17

**MATTER TOTAL**      **$16,733.17**

Includes only fees and disbursements posted through January 31, 2008
Invoices are payable upon receipt

*BOSTON*                    *NEW YORK*                    *WASHINGTON, DC*