# EXHIBIT 2



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: November 21, 2007
Invoice Number: 8071657

---

**FOR PROFESSIONAL SERVICES** rendered through October 31, 2007

**Matter**
21381.0001      RE: Charys Holding Company, Inc.

| | |
|---|---:|
| Matter Fees | $7,484.00 |
| Matter Disbursements | <u>39.42</u> |
| **MATTER TOTAL** | **<u>$7,523.42</u>** |

Matter  
21381.0001        RE: Charys Holding Company, Inc.

**Matter Fees**

| Date | Tkpr Code | Hours |
|---|---|---|
| 10/12/07 | NAG | 0.10 |
| 10/16/07 | NAG | 0.70 |
| 10/19/07 | JMJ | 2.00 |
| 10/19/07 | NAG | 4.80 |
| 10/22/07 | NAG | 5.00 |
| 10/23/07 | JMJ | 0.50 |
| 10/23/07 | NAG | 4.30 |

**REDACTED**

                                           Matter Fees Total        7,484.00

**Matter Disbursements**

| | |
|---|---:|
| Express Delivery | 29.22 |
| Facsimile | 4.00 |
| Reproduction-Internal | <u>6.20</u> |
| **Matter Disbursements Total** | 39.42 |

**MATTER TOTAL**      $7,523.42

 

# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America

REDACTED

Sullivan & Worcester LLP

REDACTED

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: November 21, 2007
Invoice Number: 8071657

---

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0001        RE: Charys Holding Company, Inc.

| | |
|---|---:|
| Matter Fees | $7,484.00 |
| Matter Disbursements | 39.42 |
| **MATTER TOTAL** | **$7,523.42** |

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*            *NEW YORK*            *WASHINGTON, DC*



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: November 21, 2007
Invoice Number: 8071658

---

**FOR PROFESSIONAL SERVICES** rendered through October 31, 2007

**Matter**
21381.0004          RE: Charys Holding Company, Inc. - Litigation

    Matter Fees                                                  $6,478.00

           **MATTER TOTAL**     **$6,478.00**

Matter  
21381.0004          RE: Charys Holding Company, Inc. - Litigation

**Matter Fees**

| Date | Tkpr Code | | Hours |
|---|---|---|---|
| 10/26/07 | NAG | | 4.80 |
| 10/29/07 | NAG | REDACTED | 5.30 |
| 10/30/07 | NAG | | 5.50 |
| 10/31/07 | NAG | | 0.20 |
| | | Matter Fees Total | 6,478.00 |

**MATTER TOTAL**                                                                 $6,478.00



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America
**REDACTED**
Sullivan & Worcester LLP
**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: November 21, 2007
Invoice Number: 8071658

---

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004          RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $6,478.00 |
| **MATTER TOTAL** | **$6,478.00** |

Includes only fees and disbursements posted through October 31, 2007
Invoices are payable upon receipt

*BOSTON*          *NEW YORK*          *WASHINGTON, DC*