**EXHIBIT 3**


# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

Remittance Address:
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: December 17, 2007
Invoice Number: 8073213

FOR PROFESSIONAL SERVICES rendered through November 30, 2007

**Matter**
21381.0004      RE: Charys Holding Company, Inc. - Litigation

    Matter Fees                                               $18,482.00

    Matter Disbursements                         749.27

                          **MATTER TOTAL**     **$19,231.27**

Sullivan & Worcester LLP

Gottbetter Capital Management, LP  
Page 2

Invoice Date: December 17, 2007  
Invoice Number: 8073213

**Matter**  
21381.0004     RE: Charys Holding Company, Inc. - Litigation

**Matter Fees**

| Date | Tkpr Code | | Hours |
|---|---|---|---|
| 11/2/07 | NAG | | 0.20 |
| 11/4/07 | NAG | | 2.50 |
| 11/5/07 | NAG | | 4.00 |
| 11/6/07 | NAG | **REDACTED** | 1.60 |
| 11/7/07 | NAG | | 2.80 |
| 11/7/07 | RIL | | 0.10 |
| 11/8/07 | RIL | | 0.30 |
| 11/8/07 | NAG | | 4.40 |
| 11/9/07 | NAG | | 4.20 |
| 11/10/07 | NAG | | 4.00 |
| 11/11/07 | NAG | | 4.50 |

Sullivan & Worcester LLP
Gottbetter Capital Management, LP  
Page 3

Invoice Date: December 17, 2007  
Invoice Number: 8073213

| Date | Tkpr Code | | Hours |
|---|---|---|---|
| 11/12/07 | NAG | | 7.40 |
| 11/12/07 | EAS | | 1.70 |
| 11/12/07 | RIL | | 0.50 |
| 11/13/07 | RIL | REDACTED | 5.90 |
| 11/13/07 | NAG | | 3.20 |
| 11/14/07 | NAG | | 0.10 |
| 11/15/07 | NAG | | 0.10 |
| 11/15/07 | BRC | | 1.30 |
| 11/16/07 | BRC | | 0.30 |
| 11/19/07 | NAG | | 0.20 |
| 11/30/07 | NAG | | 0.20 |

| | | |
|---|---|---|
| | Matter Fees Total | 18,482.00 |

**Matter Disbursements**

| | |
|---|---|
| Express Delivery | 65.29 |
| Court Filings | 305.00 |
| Reproduction-Internal | 170.80 |
| Telephone- Long Distance | 0.75 |
| Velobind | 35.00 |
| Westlaw | 172.43 |
| Matter Disbursements Total | 749.27 |

**MATTER TOTAL** $19,231.27


# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America
    REDACTED
Sullivan & Worcester LLP
    REDACTED

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date:     December 17, 2007
Invoice Number:     8073213

---

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004      RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---:|
| Matter Fees | $18,482.00 |
| Matter Disbursements | 749.27 |
| **MATTER TOTAL** | **$19,231.27** |

Includes only fees and disbursements posted through November 30, 2007
Invoices are payable upon receipt

**BOSTON**          *NEW YORK*          *WASHINGTON, DC*