# EXHIBIT 4



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: January 31, 2008
Invoice Number: 8075283

**FOR PROFESSIONAL SERVICES** rendered through December 31, 2007

**Matter**
21381.0004          RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---:|
| Matter Fees | $17,199.50 |
| Matter Disbursements | 1,751.33 |
| **MATTER TOTAL** | **$18,950.83** |

Includes only fees and disbursements posted through December 31, 2007
Invoices are payable upon receipt

BOSTON                    NEW YORK                    WASHINGTON, DC

Matter  
21381.0004       RE: Charys Holding Company, Inc. - Litigation

**Matter Fees**

| Date | Tkpr Code | | Hours |
|---|---|---|---|
| 12/5/07 | NAG | | 0.80 |
| 12/6/07 | NAG | | 0.10 |
| 12/7/07 | RIL | | 1.70 |
| 12/11/07 | EAS | | 2.90 |
| 12/12/07 | EAS | **REDACTED** | 1.10 |
| 12/13/07 | NAG | | 0.20 |
| 12/13/07 | EAS | | 0.10 |
| 12/14/07 | NAG | | 0.70 |
| 12/14/07 | EAS | | 3.80 |
| 12/17/07 | NAG | | 0.20 |
| 12/18/07 | NAG | | 0.80 |
| 12/19/07 | NAG | | 0.20 |
| 12/19/07 | BRC | | 0.50 |
| 12/20/07 | BRC | | 2.10 |
| 12/20/07 | BRC | | 0.40 |

| Date | Tkpr Code | Hours |
|---|---|---|
| 12/20/07 | NAG | 0.70 |
| 12/21/07 | NAG | 3.00 |
| 12/26/07 | NAG | 5.20 |
| 12/27/07 | NAG | 4.00 |
| 12/28/07 | NAG | 6.30 |
| 12/29/07 | EAS | 2.00 |

**REDACTED**

| Date | Tkpr Code | | Hours |
|---|---|---|---|
| 12/30/07 | NAG | | 2.50 |
| | | **REDACTED** | |
| 12/31/07 | NAG | | 6.00 |
| 12/31/07 | EAS | | 2.40 |
| | | Matter Fees Total | 17,199.50 |

**Matter Disbursements**

| | |
|---|---|
| Court Service Fee | 24.75 |
| Reproduction-Internal | 211.60 |
| Service of Process | 450.00 |
| Telephone- Long Distance | 1.35 |
| Velobind | 70.00 |
| Westlaw | 993.63 |
| Matter Disbursements Total | 1,751.33 |

**MATTER TOTAL** $18,950.83



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America
**REDACTED**
Sullivan & Worcester LLP
**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: January 31, 2008
Invoice Number: 8075283

### REMITTANCE COPY
### PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $17,199.50 |
| Matter Disbursements | 1,751.33 |
| **MATTER TOTAL** | **$18,950.83** |

Includes only fees and disbursements posted through December 31, 2007
Invoices are payable upon receipt

*BOSTON*              *NEW YORK*              *WASHINGTON, DC*