**EXHIBIT 5**



# SULLIVAN & WORCESTER

1290 Avenue of the Americas, New York, New York 10104
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D. 04-2387531*

**Remittance Address:**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: February 11, 2008
Invoice Number: 8075493

FOR PROFESSIONAL SERVICES rendered through January 31, 2008

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

    Matter Fees                                $15,048.00

    Matter Disbursements                        1,685.17

                   **MATTER TOTAL**    **$16,733.17**

Includes only fees and disbursements posted through January 31, 2008
Invoices are payable upon receipt

*BOSTON*                           *NEW YORK*                           *WASHINGTON, DC*

**Matter**  
21381.0004    RE: Charys Holding Company, Inc. - Litigation

**Matter Fees**

| Date | Tkpr Code | Hours |
|---|---|---|
| 12/12/07 | HEL | 2.00 |
| 1/1/08 | NAG | 2.00 |
| 1/2/08 | EAS | 1.70 |
| 1/4/08 | NAG | 0.20 |
| 1/9/08 | NAG | 1.20 |
| 1/10/08 | NAG | 7.40 |
| 1/10/08 | EAS | 0.40 |
| 1/10/08 | HEL | 3.50 |
| 1/11/08 | HEL | 1.00 |
| 1/11/08 | NAG | 4.00 |
| 1/11/08 | RIL | 4.30 |
| 1/14/08 | BRC | 0.70 |
| 1/15/08 | BRC | 0.40 |
| 1/16/08 | NAG | 0.80 |

**REDACTED**

| Date | Tkpr Code | Hours |
|---|---|---|
| 1/18/08 | NAG | 0.30 |
| 1/22/08 | BRC | 0.40 |
| 1/25/08 | NAG | 0.80 |
| 1/28/08 | BRC | 0.70 |
| 1/28/08 | NAG | 3.50 |

# REDACTED

| Date | Tkpr Code | Hours |
|---|---|---|
| 1/29/08 | NAG | 1.50 |
| 1/29/08 | BRC | 0.50 |
| 1/29/08 | JGK | 0.90 |
| 1/29/08 | RIL | 0.50 |
| 1/30/08 | NAG | 1.00 |
| 1/31/08 | NAG | 0.70 |

**Matter Fees Total**     15,048.00

**Matter Disbursements**

| | |
|---|---|
| Express Delivery | 22.02 |
| Filing Fees | 95.00 |
| Reproduction-Internal | 210.80 |
| Westlaw | <u>1,357.35</u> |

**Matter Disbursements Total**     1,685.17

**MATTER TOTAL**     $16,733.17



# SULLIVAN & WORCESTER

**Remittance Address:**
One Post Office Square, Boston, Massachusetts 02109
Telephone: 617 338-2800, Facsimile: 617 338-2880
*Federal Tax I.D. 04-2387531*

**Wire/ACH Instructions:**
Bank of America
**REDACTED**
Sullivan & Worcester LLP
**REDACTED**

Gottbetter Capital Management, LP
488 Madison Ave., 12th Floor
New York, NY 10022

Invoice Date: February 11, 2008
Invoice Number: 8075493

## REMITTANCE COPY
## PLEASE INCLUDE WITH PAYMENT

### IF WIRING THE FUNDS,
### PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER

**Matter**
21381.0004        RE: Charys Holding Company, Inc. - Litigation

| | |
|---|---|
| Matter Fees | $15,048.00 |
| Matter Disbursements | 1,685.17 |
| **MATTER TOTAL** | **$16,733.17** |

Includes only fees and disbursements posted through January 31, 2008
Invoices are payable upon receipt

*BOSTON*          *NEW YORK*          *WASHINGTON, DC*